No. 97–2033. GRIMES v. MCANULTY, JUDGE, JEFFERSON CIRCUIT COURT OF KENTUCKY (KENTUCKY, REAL PARTY IN IN-

TEREST). Sup. Ct. Ky. Certiorari denied. ▮